IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHERI CASTALDO on behalf of herself and all other persons similarly situated, known and unknown, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | Case No. 15-cv-9176 |
| v. | Judge John Robert Blakey |
| UNCLE JULIO'S CORPORATION and UNCLE JULIO'S OF ILLINOIS, INC., | |
| Defendants. | |

ORDER APPROVING SETTLEMENT

After fully and carefully reviewing the Parties' Joint Motion for Approval of the Parties' Joint Stipulation of Settlement ("Joint Stipulation"), the Court hereby ORDERS that:

1. The Joint Stipulation[1] is APPROVED as a fair, equitable, and reasonable resolution of a *bona fide* dispute in this contested litigation ("the Action").

2. The formula for allocation of settlement payments set forth in the Joint Stipulation is APPROVED as a fair, equitable, and reasonable measure for calculating and distributing the settlement payments to Plaintiffs;

3. All individuals who have filed consents to join the Action as party-plaintiffs are hereby deemed to fully and unconditionally waive and release any and

---

[1] The capitalized terms in this order shall be defined as the Parties have defined those terms in the Joint Stipulation.

all released claims (as identified in the "Release of Claims" section of the Joint Stipulation) against any and all Released Parties (as that term is defined in the Joint Stipulation), and as more fully set forth in the Joint Stipulation.

4. The attorneys' fees, costs, and claims administration costs, as identified in the Joint Stipulation, are APPROVED; and Defendants are hereby ORDERED to make payments in accordance with and subject to the terms of the Joint Stipulation. The fees and costs requested are reasonable, and consistent with the case authority given the outcome achieved. Defendants are hereby ORDERED to make payments in accordance with and subject to the terms of the Parties' Joint Stipulation of Settlement.

5. The Service Award identified in the Joint Stipulation is APPROVED as calculated to reasonably represent the effort expended by the recipient to benefit those opt-in Plaintiffs who did not participate in the litigation.

6. Defendants are hereby ORDERED to make payments in accordance with and subject to the terms of the Joint Stipulation.

7. This case is dismissed without prejudice, with leave to reinstate on or before June 27, 2017. If the case is not reinstated by that date, the case shall be deemed, without further order of the Court, to be dismissed with prejudice.

Dated: December 22, 2016

                                            ENTERED:

                                            _____
                                            John Robert Blakey
                                            United States District Judge